MARSHALL E. ROSENBACH, ESQ. (State Bar No. 214214)
**LAW OFFICES OF MARSHALL E. ROSENBACH**
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 860-4764
Facsimile: (310) 860-4763

Attorneys for Plaintiff
**KENNETH BLUE**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLUE, an individual; | CASE NO. CV 11-9202 DSF (AJWx) |
| Plaintiff, | [Case Assigned to the Honorable Dale S. Fischer, Courtroom 840] |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| WILLIAM JAMES ADAMS, JR. aka WILL.I.AM. aka WILL I AM, an individual; HIDDEN BEACH RECORDS, LLC, a California limited liability company; HIDDEN BEACH MUSIC PUBLISHING LLC, a California limited liability company; INTERSCOPE RECORDS, an unknown business entity; INTERSCOPE GEFFEN A&M, an unknown business entity; CHERRY LANE MUSIC PUBLISHING COMPANY, INC., a California corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

**TO THE HONORABLE COURT:**

   **PLEASE TAKE NOTICE** that Plaintiff, by and through his undersigned attorney and pursuant to Rule 41(a)(1) of the <u>Federal Rules of Civil Procedure</u>, hereby dismisses the action without prejudice.

- 1 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1    DATED: April 24, 2012        LAW OFFICES OF MARSHALL E. ROSENBACH

2

3                                    By: */s/ Marshall E. Rosenbach*
                                           MARSHALL E. ROSENBACH
                                           Attorneys for Plaintiff
4                                          **KENNETH BLUE**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**